## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONA K. FLOYD | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:11-cv-01228 (RC) |
| OFFICE OF REPRESENTATIVE SHEILA JACKSON LEE | ) |
| Defendant | ) |

### JOINT STATUS REPORT

In accordance with the Court's November 1, 2013 Scheduling Order, ECF No. 30, Plantiff Mona Floyd and Defendant, Office of Representative Sheila Jackson Lee, by and through undersigned counsel, submit this Joint Status Report.

(1)     Defendant's Rule 26(a)(1) Initial Disclosures were filed with the Court on November 15, 2013, ECF No. 32.

(2)     Plaintiff's Rule 26(a)(1) Initial Disclosures were filed with the Court on December 2, 2013, ECF No. 35.

(3)     On December 11, 2013, Defendant propounded discovery on Plaintiff, including a Notice of Deposition, Defendant's First Set of Requests for Production of Documents and Things to Plaintiff, and Defendant's First Set of Interrogatories to Plaintiff. Plaintiff's responses to written discovery were due on or before January 10, 2014. Defendant noticed Plaintiff's deposition for February 6, 2014 at 10 a.m. at the Office of House Employment Counsel.

(4)     On January 2, 2014, Plaintiff requested a 30-day extension until February 10, 2013, to respond to written discovery, which Defendant granted.  Defendant re-noticed Plaintiff's deposition for March 7, 2014 at 10 a.m. in the Office of House Employment Counsel.

(5)     Believing that the case could benefit from the Court's alternative dispute resolution procedures, the parties jointly called Judge Contreras' chambers on January 6, 2014 to request court-appointed mediation.

(6)     On January 27, 2014, Ari M. Wilkenfeld entered an appearance on Plaintiff's behalf, ECF No. 38.

(7)     On January 28, 2014, Ari M. Wilkenfeld sought to have Rosalind M. Herendeen admitted *pro hac vice* on behalf of Plaintiff, ECF No. 41.  This was granted by Court Order on January 30, 2014, ECF No. 43.

(8)     On February 10, Plaintiff sought an additional extension of time until February 14, 2014, to respond to written discovery, which Defendant granted.  Plaintiff responded to Defendant's written discovery on February 14, 2014.

(9)     The parties participated in mediation with Magistrate Judge Kay on February 25, 2014, per Court Order, ECF No. 40.  The parties' efforts at mediation were unsuccessful.

(10)    Plaintiff's deposition is scheduled for March 7, 2014 at 10 a.m. at the Office of House Employment Counsel.

(11)    Both parties plan to take additional depositions before discovery ends on May 30, 2014.

Respectfully submitted,

By: ___ /s/ Kimberly C. Williams ____
Kimberly C. Williams, VSB #41325
Gloria J. Lett, D.C. Bar #293365
U.S. House of Representatives
Office of House Employment Counsel
1036 Longworth House Office Building
Washington, DC 20515
kim.williams@mail.house.gov
gloria.lett@mail.house.gov
202-225-7075 (phone)
202-225-7033 (fax)


By: ____ /s/ Ari M. Wilkenfeld _____
Ari M. Wilkenfeld, Bar Number 461063
Rosalind H. Herendeen (*pro hac vice*)
The Wilkenfeld Law Group
1050 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
ari@wilkenfeldlaw.com
rosalind@wilkenfeldlaw.com
202-227-3312 (phone)
202-600-2792 (fax)

DATED:  February 28, 2014

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONA K. FLOYD | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | )   Case No. 1:11-cv-01228 (RC) |
| OFFICE OF REPRESENTATIVE | ) |
| SHEILA JACKSON LEE | ) |
|  | ) |
| Defendant | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2014, a true and accurate copy of the

Joint Status Report was served via email upon:

Ari M. Wilkenfeld, Bar Number 461063
The Wilkenfeld Law Group
1050 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
ari@wilkenfeldlaw.com

Rosalind H. Herendeen (*pro hac vice*)
The Wilkenfeld Law Group
1050 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
rosalind@wilkenfeldlaw.com

  /s/ Kimberly C. Williams
Kimberly C. Williams

4